IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:

| | |
|---|---|
| MICHAEL WADE CORNELL, JR. | CASE NO.: 3:25-bk-02373 |
| KATLYN BROOKE CORNELL | CHAPTER 7 |
|     Debtors. | |

## MOTION FOR RELIEF FROM STAY

**COMES NOW**, All In Credit Union f/k/a Army Aviation F.C.U., and moves this Honorable Court for the entry of an order granting it relief from the automatic stay and for grounds would state as follows:

1. This Court has jurisdiction under 28 U.S.C. §1334 and 11 U.S.C. §362.

2. On February 22, 2025, Michael Wade Cornell, Jr. ("Debtor") executed and delivered a Closed-End Note, Disclosure, Loan and Security Agreement ("Contract") wherein the Debtor promised to make total payments of $61,750.92 by remitting 84 consecutive monthly installments of $735.13 beginning April 23, 2025. The Contract is secured by a 2021 GMC Sierra 1500 pick-up truck, VIN: 3GTU9EETXMG240357 ("Vehicle").

3. The Affidavit of the Creditor is attached hereto as Exhibit "A." A true and correct copy of the Contract and the Certificate of Title evidencing the Creditor's lien on the Vehicle is attached hereto as Exhibit "B."

4. The Debtor and co-filing spouse, Katlyn Brooke Cornell, filed the instant bankruptcy case on June 5, 2025. The Statement of Intention indicates the Debtors wish to surrender the Vehicle to the Creditor. [Doc. No. 1, Page 43]

5. The Debtor has defaulted on the Contract by failing to remit timely payments. The Debtor has failed to remit the May 5, 2025 through June 5, 2025 payments. The total amount past

1

due is $1,507.02. As of the date of filing, the payoff due under the Contract is $45,829.61.

6. There is no equity in the Vehicle for the benefit of the Debtors or Debtors' creditors. Creditors have not been offered adequate protection. A true and correct copy of the NADA evidencing the value of the Vehicle, and the lack of equity therein, is attached hereto as Exhibit "C."

7. The Creditor requests this court waive the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(4).

8. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

9. The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of attorney fees and costs and requests this Court award the Creditor reasonable Attorney's fees and costs associated with this matter.

**WHEREFORE**, All In Credit Union f/k/a Army Aviation F.C.U., requests the entry of an order granting it relief from the automatic stay.

Respectfully submitted this, the
_1st__ day of July, 2025.

/s/ Kent D. McPhail
Kent D. McPhail, TN Bar No.: 033791
Brooke E. Sanchez, TN Bar No.: 041672
Attorney For Creditor
McPhail Sanchez, LLC
P.O. Box 870
Mobile, Alabama 36601
Phone: (251) 438-2333
kent@mslawyers.law
brookes@mslawyers.law

**CERTIFICATE OF SERVICE**

   I, Kent D. McPhail, do hereby certify that I have, on this  1st   day of July, 2025, served a copy of the above and foregoing Motion for Relief from Stay and Exhibits A, B and C to the following parties by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
*Debtors*
Michael Wade Cornell, Jr.
Katlyn Brooke Cornell
120 Cage Circle
Dickson, Tennessee 37055

ECF FILING NOTIFICATION
*Debtors' Attorney*
Megan Harlan Quillen
P.O. Box 949
Columbia, Tennessee 38402-0949
megan@robertharlan.com

ECF FILING NOTIFICATION
*Chapter 7 Trustee*
Erica R. Johnson
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
erjtrustee@erjlaw.com

ECF FILING NOTIFICATION
*United States Trustee*
701 Broadway, Suite 318
Nashville, TN 37203-3966
ustpregion08.na.ecfr@usdoj.gov

                /s/ Kent D. McPhail
                Kent D. McPhail