# AFFIDAVIT

STATE OF Alabama         )

COUNTY OF Dale          )

AFFIANT, Sue Ellen Thompson          , hereby deposes and swears:

1. I am employed as Bankruptcy and Recovery Manager for All In F.C.U. f/k/a Army Aviation Center F.C.U., (hereinafter "All In"). I am authorized to make this affidavit on behalf of All In. I make this affidavit based on my personal knowledge of the facts contained herein. My personal knowledge is based on my review of the servicing records and business records held and maintained by All In.

2. In the regular performance of my employment at All In, I am familiar with the business records maintained by All In, for the purpose of servicing loans, collecting payments and pursuing any delinquencies (the "servicing records"). All In's servicing records typically include electronic data compilations and imaged documents pertaining to the loans it services.

3. Based on my training and my general knowledge of the processes by which they are created and maintained, All In's servicing records were made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the ordinary course of the business activity regularly conducted by All In. It is the regular practice of All In to make and update its servicing records.

4. All In is responsible for servicing the delinquent accounts of Michael Wade Cornell, Jr. and is authorized to make this affidavit as the servicer for this loan.

5. The amount of the indebtedness and the nature and extent of default set forth in the Motion is based on my review of All In's Servicing Records, which review reveals the following:

   a. Debtors: Michael Wade Cornell, Jr. & Katlyn Brooke Cornell
   b. Bankruptcy Case No: 3:25-bk-02373
   c. Property Description: 2021 GMC Sierra 1500 pick-up truck, VIN: 3GTU9EETXMG240357;
   d. Estimated Pay-off Amount as of 06/05/2025: $45,829.61
   e. The Debtors propose to surrender 2021 GMC Sierra in their Statement of Intention;
   f. All of the documents attached to the motion as exhibits are true and accurate copies of the original documents.

**FURTHER AFFIANT SAYETH NAUGHT.**

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct to the best of my knowledge.

Name: _____

Print Name: Sue Ellen Thompson

Title: Bankruptcy and Recovery Manager

STATE OF __Alabama__ )

COUNTY OF __Dale__ )

The foregoing instrument was acknowledged and sworn to before me this __27__ day of __June__, 2025, by __Sue Ellen Thompson__ as __Bankruptcy supervisor__ of All In F.C.U. f/k/a Army Aviation Center F.C.U., who is personally known to me or who has produced __employee id__ as identification.

_____
Notary Public
My Commission Expires: __March 25, 2028__



CAMILLE ANDREL SNELL KNIGHT
My Commission Expires
March 25, 2028







3