# J.D. POWER

**Chambless Math Carr, P.C.**

5720 CARMICHAEL RD
MONTGOMERY, AL 36117
3345468093
kluders@chambless-math.com

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2021 GMC Sierra 1500 Crew Cab AT4 4WD 3.0L I6 T-Diesel |
| **Region:** | Eastern |
| **Period:** | June 16, 2025 |
| **VIN:** | 3GTU9EETXMG240357 |
| **Mileage:** | 62,500 |
| **Base MSRP:** | $54,700 |
| **Typically Equipped MSRP:** | $66,675 |
| **Weight:** | 0 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $39,450 | N/A | N/A | **$39,450** |
| Average Trade-In | $41,350 | N/A | N/A | **$41,350** |
| Clean Trade-In | $42,900 | N/A | N/A | **$42,900** |
| Clean Loan | $38,850 | N/A | N/A | **$38,850** |
| Clean Retail | $48,350 | N/A | N/A | **$48,350** |
| **Weekly Auction** | | | | |
| Low | $36,525 | N/A | N/A | **$36,525** |
| Average | $40,975 | N/A | N/A | **$40,975** |
| High | $45,450 | N/A | N/A | **$45,450** |
| **Weekly Used** | | | | |
| Rough Trade-In | $39,075 | N/A | N/A | **$39,075** |
| Average Trade-In | $40,975 | N/A | N/A | **$40,975** |
| Clean Trade-In | $42,525 | N/A | N/A | **$42,525** |
| Clean Loan | $38,525 | N/A | N/A | **$38,525** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $47,975 | N/A | N/A | **$47,975** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Heads-Up Display | w/body | w/body |
| Rear Parking Sensors | w/body | w/body |
| Univ Garage Door Opener | w/body | w/body |
| 3.0L I6 Turbo Diesel Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| GMC MultiPro Tailgate | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Door Locks | w/body | w/body |
| Power Driver's Seat | w/body | w/body |
| Power Sunroof | w/body | w/body |
| Power Windows | w/body | w/body |
| Steering Wheel Mounted AudioControls | w/body | w/body |
| ProGrade Trailering Pkg. | w/body | w/body |
| Towing/Camper Pkg | N/A | N/A |
| Bose Premium Stereo | w/body | w/body |