IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

MICHAEL WADE CORNELL, JR.
KATLYN BROOKE CORNELL
    Debtors,

ALL IN CREDIT UNION F/K/A ARMY AVIATION F.C.U.
    Movant,

VS.

MICHAEL WADE CORNELL, JR.
KATLYN BROOKE CORNELL
DEBTORS
AND ERICA R. JOHNSON,
TRUSTEE,
    Respondents.

CASE NO. 3:25-bk-02373
CHAPTER 7
JUDGE CHARLES M. WALKER

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The movant, a secured creditor identified above, has requested relief from stay, with respect to subject personal property described as 2021 GMC Sierra 1500 pick up truck, VIN 3GTU9EETXMG240357. Debtors have not filed a response to the motion within 7 days of the preliminary hearing. Failure to timely file and serve a response to the Motion for Relief from Stay is deemed a statement of no opposition to the relief requested.

IT THEREFORE ORDERED that the movant's Motion for Relief from Stay is GRANTED as to the personal property described as 2021 GMC Sierra 1500 pick up truck, VIN 3GTU9EETXMG240357.

**THIS ORDER WAS ELECTRONICALLY SIGNED AND ENTERED AS INDICATED AT THE TOP OF THE FIRST PAGE.**

**APPROVED FOR ENTRY**:

/s/ Kent D. McPhail
Kent D. McPhail
Attorney for Creditor
McPhail Sanchez, LLC
P O Box 870
126 Government St (36602)

Mobile AL 36601
(251) 438-2333 office (251) 438-2367 fax
KentMcPhailAssociatesLLC@jubileebk.net